UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BENITEZ,

                            Petitioner,              :        26-cv-3965 (ALC)

            -against-                                :        **ORDER**

Immigration (DHS)                                    :

            , Respondent.                            :

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C.

§ 1915.

The Government is ORDERED to file a letter by May 18, 2026 detailing under what

grounds Petitioner is being detained.

The Court ORDERS the Parties appear at a telephonic conference on May 28, 2026 at

3:30 p.m. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370

0226#).

**SO ORDERED.**
Dated:    May 13, 2026.
          New York, New York

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**