UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

BENITEZ,

                                    Petitioner,          :          26-cv-3965 (ALC)

                  -against-                              :          ORDER

Immigration (DHS)                                        :

                        , Respondent.                   :

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the June 11, 2026 conference, the Government is ORDERED to provide

Petitioner with an individualized bond hearing before an Immigration Judge by June 18, 2026. At that

hearing, the Government shall bear the burden of demonstrating, by clear and convincing evidence, that

Petitioner is a danger to the community or a risk of flight. In the event Respondents fail to provide

Petitioner with such a bond hearing by June 18, 2026, Respondents are ordered to release Petitioner

immediately.

By June 18, 2026, Respondents shall certify compliance with this order by filing on the docket

Petitioner's constitutionally adequate bond hearing date and outcome and/or release date.

The Clerk of Court is respectfully directed to enter judgment in accordance with this Memorandum

and Order and close this case.

**SO ORDERED.**
Dated:      June 11, 2026
                New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge