UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMADEO BENITEZ,

                              Petitioner,

            -against-

IMMIGRATION (DHS).,

                              Respondents.

26 CIVIL 3965 (ALC)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Order dated June 11, 2026, the Government is ORDERED to provide Petitioner with an individualized bond hearing before an Immigration Judge by June 18, 2026. At that hearing, the Government shall bear the burden of demonstrating, by clear and convincing evidence, that Petitioner is a danger to the community or a risk of flight. In the event Respondents fail to provide Petitioner with such a bond hearing by June 18, 2026, Respondents are ordered to release Petitioner immediately. By June 18, 2026, Respondents shall certify compliance with this order by filing on the docket Petitioner's constitutionally adequate bond hearing date and outcome and/or release date; accordingly, the case is closed.

**Dated:**    New York, New York
              June 11, 2026

                                        TAMMI M. HELLWIG
                                        _____
                                        **Clerk of Court**

                          **BY:**

                                        _____
                                        **Deputy Clerk**